# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LOUISE GAINEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE No. |
| v. | ) 1:17-cv-00365-RWS |
| | ) |
| CHRONIC PAIN CLINICS OF AMERICA, LLC. | ) |
| | ) |
| and | ) |
| | ) |
| GARY S. STUDENIC, M.D., (Individually), | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Louise Gainey and Defendants Chronic Pain Clinics of America, LLC. and Gary S. Studenic, M.D. (collectively, "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses Counts I-IV (all counts) of the Complaint in their entirety with prejudice, with all parties bearing their own costs and fees.

Respectfully submitted on the 8th day of August, 2017.

| AGREED TO AND SUBMITTED BY: | AGREED TO BY: |
|---|---|
| /s/ *Regina S. Molden* | */s/Maren R. Cave* |
| Regina S. Molden | Maren R. Cave |
| Georgia Bar No. 515454 | Georgia Bar No. 278448 |
| Molden & Associates | Swift, Currie, McGhee & Hiers, LLP. |
| Peachtree Center—Harris Tower | The Peachtree, Suite 300 |
| 233 Peachtree St., NE | 1355 Peachtree St., NE |
| Suite 1245 | Atlanta, GA 30309 |
| Atlanta, GA 30303 | Phone: (404)874-8800 |
| Phone: (404)324-4500 | Fax: (404)888-6199 |
| Fax: (404)324-4501 | maren.cave@swiftcurrie.com |
| Email:rmolden@moldenlaw.com | |
| Counsel for Plaintiff | Counsel for Defendants |

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed the foregoing Stipulation of Dismissal, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to opposing counsel as follows.

        Maren R. Cave
        Jennifer Nichols

This 8th day of August 2017.

        /s/Regina S. Molden
        Regina Molden
        GA Bar No. 515454